**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.   CR 08-0231  MHP             Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- CHERYL CAMUS (b):

Attorneys:   Plf: Tina Hua
             Dft: John Runfola

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Discovery not yet provided; Further status conference set for 6/30/2008 at 10:00 am;

Excludable time found re effective preparation; Govt to submit order.