JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CHERYL HERNANDEZ CAMUS, ) <br> ) <br>     Defendant. ) <br>_____ ) | No. CR 08-0231-MHP <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |

    The parties in the above-titled case appeared before the Court for the initial status conference on May 5, 2008. For the following reasons and the reasons set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv) from May 5, 2008 to June 30, 2008. The parties agree that the continuance from May 5, 2008 to June 30, 2008 is necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defense counsel reasonable time for effective preparation for the above-titled case. Defense attorney needs the time to review discovery, investigate the case, and speak with the defendant. The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best

//

interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: May 15, 2008                              /s/
                                               CHRISTINA HUA
                                               Assistant United States Attorney

DATED: May 13, 2008                              /s/
                                               JOHN M. RUNFOLA
                                               Counsel for Cheryl Hernandez Camus

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between May 5, 2008 to June 30, 2008 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given that defense counsel requires time to review discovery, meet with the defendant, and investigate the case. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:                                                 _____
                                                MARILYN HALL PATEL
                                                United States District Judge