1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH  (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7534
7      FAX: (415) 436-7234

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )     No. CR 08-0231-MHP
14                                     )
          Plaintiff,                   )
15                                     )     **STIPULATION AND**
       v.                              )     **[PROPOSED] ORDER TO EXCLUDE**
16                                     )     **TIME**
   CHERYL HERNANDEZ CAMUS,             )
17                                     )
          Defendant.                   )
18  _____  )

19      The parties in the above-titled case appeared before the Court for a bail hearing on April 29,

20  2008.  For the following reasons and the reasons set forth in open court, the parties agree and

21  stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code,

22  Sections 3161(h)(8)(A) and (h)(B)(iv) from April 29, 2008 to May 5, 2008.  The parties agree

23  that the continuance from April 29, 2008 to May 5, 2008 is necessary under 18 U.S.C. §

24  3161(h)(8)(A) and (B)(iv), to allow defense counsel reasonable time for effective preparation for

25  the above-titled case.  Defense attorney needs the time to review discovery, investigate the case,

26  and speak with the defendant.  The parties agree that the ends of justice are served by granting

27  the requested short continuance, and the requested continuance outweighs the best interest of the

28  public and the defendant in a speedy trial, taking into account the exercise of due diligence.

1   DATED: May 15, 2008                    _____/s/_____
2                                          CHRISTINA HUA
                                           Assistant United States Attorney
3

4

5   DATED: May 13, 2008                    _____/s/_____
6                                          JOHN M. RUNFOLA
                                           Counsel for Cheryl Hernandez Camus
7
                                           ORDER
8

9        For the foregoing reasons, the Court HEREBY ORDERS that the period between April 29,

10  2008 to May 5, 2008 be excluded from the speedy trial calculation under Title 18, United States

11  Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the

12  requested continuance would unreasonably deny defense counsel the reasonable time necessary

13  for effective preparation, particularly given that defense counsel requires time to review

14  discovery, meet with the defendant, and investigate the case.  The Court finds that the ends of

15  justice served by granting the requested continuance outweigh the best interest of the public and

16  the defendant in a speedy trial and in the prompt disposition of criminal cases.

17  IT IS SO ORDERED.

18
    DATED:    May 16, 2008
19                                         JAMES LARSON
20                                         United States Magistrate Judge

21

22

23

24

25

26

27

28

                                             2