1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH  (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7534
7      FAX: (415) 436-7234

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No. CR 08-0231-MHP
14                                 )
       Plaintiff,                  )
15                                 )   **STIPULATION AND**
       v.                          )   **[PROPOSED] ORDER TO EXCLUDE**
16                                 )   **TIME**
   CHERYL HERNANDEZ CAMUS,         )
17                                 )
       Defendant.                  )
18  _____  )

19     The parties in the above-titled case appeared before the Court for the initial status conference

20  on May 5, 2008.  For the following reasons and the reasons set forth in open court, the parties

21  agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United

22  States Code, Sections 3161(h)(8)(A) and (h)(B)(iv) from May 5, 2008 to June 30, 2008.  The

23  parties agree that the continuance from May 5, 2008 to June 30, 2008 is necessary under 18

24  U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defense counsel reasonable time for effective

25  preparation for the above-titled case.  Defense attorney needs the time to review discovery,

26  investigate the case, and speak with the defendant.  The parties agree that the ends of justice are

27  served by granting the requested continuance, and the requested continuance outweighs the best

28  //

interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: May 15, 2008

                /s/
CHRISTINA HUA
Assistant United States Attorney

DATED: May 13, 2008

                /s/
JOHN M. RUNFOLA
Counsel for Cheryl Hernandez Camus

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between May 5, 2008 to June 30, 2008 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given that defense counsel requires time to review discovery, meet with the defendant, and investigate the case. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 5/16/2008

                
MARILYN HALL PATEL
United States

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

2