## ~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable James Larson
Chief U.S. Magistrate Judge

RE: Cheryl Camus

FROM: Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR08-00231 MHP

DATE: June 6, 2008

FILED
2008 MAY -1 AM 10: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Services Officer

415-436-7508
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:
_____
_____
_____

_____
JUDICIAL OFFICER

6-6-08
DATE

Cover Sheet (03/26/08)