## ~~PROPOSED~~ ORDER/COVER SHEET

FILED
2008 MAY -1 AM 10:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

**TO:** **Honorable James Larson**
**Chief U.S. Magistrate Judge**

**RE:** **Cheryl Camus**

**FROM:** **Richard W. Wieking, Acting Chief**
**U.S. Pretrial Services Officer**

**DOCKET NO.:** **CR08-00231 MHP**

**DATE:** **June 6, 2008**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| **Rich Sarlatte** | **415-436-7508** |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ________ on ________ at ________.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ________ Presiding District Court Judge ________

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

________________________________________

________________________________________

________________________________________

[signature] 6-6-08

**JUDICIAL OFFICER** **DATE**

**Cover Sheet** (03/26/08)