UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0231 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE** |
|   v. | |
| CHERYL CAMUS, | |
|     Defendant(s).        / | |

Due to the unavailability of court, the Status Conference for the above-listed defendant, currently on calendar for June 30, 2008, is hereby rescheduled for **July 7, 2008 at 10:00 a.m.**, before the Hon. Marilyn Hall Patel.

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 23, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140