JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
CHERYL CAMOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>CHERYL CAMOS<br><br>   Defendants.<br>_____ | Criminal No. CR 08-0231 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 7, 2008 STATUS CONFERENCE AND EXCLUDE TIME** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, Christina Hua, counsel for the plaintiff, John M. Runfola, counsel for the defendant, Cheryl Camos in the above mentioned case, that the status conference now scheduled for July 7, 2008 at 10:00 a.m.., is extended until August 4, 2008 at 10:00 a.m., or as soon thereafter as is convenient for the Court. This continuance is sought based upon the fact that counsel for the defendant has been sent out to trial in the matter of People v. Eric Hunt (San Francisco Superior Case No. 2315810) with testimony beginning on July 7, 2008 and the trial is expected to last five weeks.

  No party objects to the requested continuance.

//

//

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from June 30, 2008 through August 4, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:    06/30/2008                              /s/
                                                  CHRISTINA HUA
                                                  Counsel for Plaintiff

Dated:    06/30/2008                              /s/
                                                  JOHN M. RUNFOLA
                                                  Attorney for CHERYL CAMOS

**ORDER**

**IT IS SO ORDERED**

Dated: _____                           _____
                                                  HON. MARILYN HALL PATEL
                                                  United States District Court Judge