1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  CHERYL CAMOS

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11                                            )
    UNITED STATES OF AMERICA,                 )    Criminal No. CR 08-0231 MHP
12                                            )
                 Plaintiff,                   )    STIPULATION AND
13                                            )    [PROPOSED] ORDER TO
           v.                                 )    CONTINUE JULY 7, 2008
14                                            )    STATUS CONFERENCE AND
    CHERYL CAMOS                              )    EXCLUDE TIME
15                                            )
                                              )
16                                            )
                 Defendants.                  )
17  _____)

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
    Christina Hua, counsel for the plaintiff, John M. Runfola, counsel for the defendant, Cheryl
20
    Camos in the above mentioned case, that the status conference now scheduled for July 7,
21
    2008 at 10:00 a.m.., is extended until August 4, 2008 at 10:00 a.m., or as soon thereafter as
22
    is convenient for the Court. This continuance is sought based upon the fact that counsel for
23
    the defendant has been sent out to trial in the matter of People v. Eric Hunt (San Francisco
24
    Superior Case No. 2315810) with testimony beginning on July 7, 2008 and the trial is
25
    expected to last five weeks.
26
         No party objects to the requested continuance.
27
    //
28
    //

1     **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2 continue to be excluded from June 30, 2008 through August 4, 2008, pursuant to 18 U.S.C.
3 §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

4

5     **IT IS SO STIPULATED.**

6

7 Dated:  06/30/2008                           /s/
                                                    CHRISTINA HUA
8                                                     Counsel for Plaintiff

9

10 Dated:  06/30/2008                           /s/
                                                    JOHN M. RUNFOLA
11                                                     Attorney for CHERYL CAMOS

12

13

14

15
                                          **ORDER**
16
17     **IT IS SO ORDERED**

18 Dated: July 3, 2008

19                                                    HON. MARILYN H. PATEL
                                                   United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

Stipulation and Order                                - 2 -