1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  CHERYL CAMOS

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11                                      )
    UNITED STATES OF AMERICA,            )    Criminal No. CR 08-0231 MHP
12                                       )
           Plaintiff,                    )    **STIPULATION AND**
13                                       )    ~~[PROPOSED]~~ **ORDER TO**
       v.                                )    **CONTINUE AUGUST 4, 2008**
14                                       )    **STATUS CONFERENCE AND**
    CHERYL CAMOS                         )    **EXCLUDE TIME**
15                                       )
                                         )
16                                       )
           Defendants.                   )
17  _____)

18
    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
    Christina Hua, counsel for the plaintiff, John M. Runfola, counsel for the defendant, Cheryl
20
    Camos in the above mentioned case, that the status conference now scheduled for August
21
    4, 2008 at 10:00 a.m.., is extended until September 8, 2008 at 10:00 a.m., or as soon
22
    thereafter as is convenient for the Court.
23
         Counsel for the plaintiff has provided the defense with a substantial amount of
24
    discovery which requires review.  This continuance is sought by the defense in order to
25
    permit further review of discovery, continuation of on-going investigation, and consultation
26
    with the defendant.
27
         This continuance is sought based upon the fact that counsel for the defendant was in
28
    trial in the matter of People v. Eric Hunt (San Francisco Superior Case No. 2315810) for four

1  (4) weeks in July and is currently on a one (1) week previously scheduled summer vacation.
2      No party objects to the requested continuance.
3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
4  continue to be excluded from August 4, 2008 through September 8, 2008, pursuant to 18
5  U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).

7  **IT IS SO STIPULATED.**

9  Dated: 08/01/2008     /s/
    CHRISTINA HUA
    Counsel for Plaintiff

12  Dated: 07/31/2008     /s/
    JOHN M. RUNFOLA
    Attorney for CHERYL CAMOS

**ORDER**

**IT IS SO ORDERED**

Dated: August 1, 2008

HON.
United                                         e
    IT IS SO ORDERED
    Judge Marilyn H. Patel

Stipulation and Order          - 2 -