<u>PROPOSED</u> ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable James Larson<br>Chief U.S. Magistrate Judge | RE: | Cheryl Camus |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-00231 MHP |
| DATE: | August 28, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Rich Sarlatte</u>           <u>415-436-7508</u>
U.S. Pretrial Services Officer          TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The defendant's electronic monitoring condition shall be deleted and all other conditions of release shall remain in full force and effect.**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Thank you._

_____          _8-29-08_
JUDICIAL OFFICER                    DATE

Cover Sheet (03/26/08)