```
JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
CHERYL CAMUS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>CHERYL CAMUS<br><br>       Defendant. | Criminal No. CR 08-0231 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 8, 2008 STATUS CONFERENCE AND EXCLUDE TIME** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, Christina Hua, John M. Runfola, counsel for the defendant in the above mentioned case, and defendant Cheryl Camus that the status conference now scheduled for September 8, 2008 at 10:00 a.m., is continued to September 22, 2008 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

      This continuance is sought based upon the fact that counsel for the defendant will be going on vacation to Italy from September 7, 2008 to September 18, 2008.

      Counsel for the plaintiff has provided the defense with a substantial amount of discovery which requires review. This continuance is also sought by the defense in order to permit continuity of counsel, further review of discovery, continuation of on-going investigation, and consultation with the defendant.

1 .    **IT IS FURTHER STIPULATED** that for the reasons stated in this stipulation, time for trial under the Speedy Trial Act continue to be excluded from September 8, 2008 through September 22, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).  Defense counsel will be unable to appear in Court or work on the case while he is in Italy.  He needs the additional time that he is not on vacation to review discovery, investigate the defenses, and consult with defendant.  Failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

No party objects to the requested continuance or the exclusion of time under the Speedy Trial Act.  The defense attorney has spoken with the defendant, and the defendant agrees to the continuance, and the exclusion of time under the Speedy Trial Act, for the reasons set forth in the stipulation.

**IT IS SO STIPULATED.**

Dated:    09/03/2008            /s/
                                CHRISTINA HUA
                                Counsel for Plaintiff

Dated:    09/03/2008            /s/
                                JOHN M. RUNFOLA
                                Attorney for CHERYL Camus

**ORDER**

For all the foregoing reasons, IT IS SO ORDERED.  The status conference will be continued to September 22, 2008, and time will be excluded from the speedy trial act from September 8, 2008 through September 22, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).

Dated: 9/5/2008



Stipulation and Order                              - 2 -