1   JOHN M. RUNFOLA SBN 96058
    Attorney at Law
2   Pier 9, Suite 100
    San Francisco, California 94101
3   Telephone: (415) 391-4243
    Facsimile: (415) 391-5161
4
    Attorney for Defendant
5   CHERYL CAMUS

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11                                          )
    UNITED STATES OF AMERICA,               )    Criminal No. CR 08-0231 MHP
12                                          )
                  Plaintiff,                )    **STIPULATION AND**
13                                          )    **[PROPOSED] ORDER TO**
                                            )    **CONTINUE SEPTEMBER 8,**
             v.                             )    **2008 STATUS CONFERENCE**
14                                          )    **AND EXCLUDE TIME**
    CHERYL CAMUS                            )
15                                          )
                                            )
16                                          )
                  Defendant.                )
17   _____)

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
    Christina Hua, John M. Runfola, counsel for the defendant in the above mentioned case, and
20
    defendant Cheryl Camus that the status conference now scheduled for September 8, 2008 at
21
    10:00 a.m., is continued to September 22, 2008 at 10:00 a.m., or as soon thereafter as is
22
    convenient for the Court.
23
         This continuance is sought based upon the fact that counsel for the defendant will be
24
    going on vacation to Italy from September 7, 2008 to September 18, 2008.
25
         Counsel for the plaintiff has provided the defense with a substantial amount of
26
    discovery which requires review.  This continuance is also sought by the defense in order to
27
    permit continuity of counsel, further review of discovery, continuation of on-going
28
    investigation, and consultation with the defendant.

1  .    **IT IS FURTHER STIPULATED** that for the reasons stated in this stipulation, time

2  for trial under the Speedy Trial Act continue to be excluded from September 8, 2008  through

3  September 22, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).  Defense

4  counsel will be unable to appear in Court or work on the case while he is in Italy.  He needs

5  the additional time that he is not on vacation to review discovery, investigate the defenses,

6  and consult with defendant.  Failure to grant the requested continuance would deny defense

7  counsel reasonable time necessary for effective preparation, taking into account the exercise

8  of due diligence.

9       No party objects to the requested continuance or the exclusion of time under the

10  Speedy Trial Act.  The defense attorney has spoken with the defendant, and the defendant

11  agrees to the continuance, and the exclusion of time under the Speedy Trial Act, for the

12  reasons set forth in the stipulation.

13       **IT IS SO STIPULATED.**

14
15  Dated: _____09/03/2008_____        _____/s/_____
                                             CHRISTINA HUA
16                                           Counsel for Plaintiff

17
    Dated:_____09/03/2008_____           _____/s/_____
18                                           JOHN M. RUNFOLA
                                             Attorney for CHERYL Camus
19

20                      **ORDER**

21       For all the foregoing reasons, IT IS SO ORDERED.  The status conference will be

22  continued to September 22, 2008, and time will be excluded from the speedy trial act

23  from September 8, 2008 through September 22, 2008, pursuant to 18 U.S.C.

24  §3161(h)(8)(A) & (B)(ii) and (iv)**.**

25
26  Dated: 9/5/2008_____

27                                           IT IS SO ORDERED
                                             Judge Marilyn H. Patel
28

Stipulation and Order                 - 2 -