1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH  (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7534
7     FAX: (415) 436-7234

8  Attorneys for the United States

9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )        No. CR 08-0231-MHP
14                                     )
         Plaintiff,                    )
15                                     )        **STIPULATION AND**
         v.                            )        **[PROPOSED] ORDER TO EXCLUDE**
16                                     )        **TIME**
   CHERYL HERNANDEZ CAMUS,             )
17                                     )
         Defendant.                    )
18  _____)

19      The parties in the above-titled case appeared before the Court for a status conference on

20  September 22, 2008.  For the following reasons and the reasons set forth in open court, the

21  parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18,

22  United States Code, Sections 3161(h)(1)(F), (h)(8)(A) and (h)(B)(iv) from September 22, 2008 to

23  December 1, 2008.  Defense attorney needs the time to review discovery with the defendant, and

24  prepare and file pre-trial motions, which will be due on November 3, 2008.  The parties agree

25  that the ends of justice are served by granting the requested continuance, and the requested

26  continuance outweighs the best interest of the public and the defendant in a speedy trial, taking

27  //

28  //

                                          1

1    into account the exercise of due diligence.

2

3    DATED: October 7, 2008               _____/s/_____

                                      CHRISTINA HUA

4                                       Assistant United States Attorney

5

6

7    DATED: October 6, 2008               _____/s/_____

                                        JOHN M. RUNFOLA

8                                       Counsel for Cheryl Hernandez Camus

9                             ORDER

10      For the foregoing reasons, the Court HEREBY ORDERS that the period between September

11    22, 2008 through December 1, 2008 be excluded from the speedy trial calculation under Title 18,

12    United States Code, Sections 3161(h)(1)(F), (h)(8)(A) and (h)(B)(iv).  The Court finds that the

13    failure to grant the requested continuance would unreasonably deny defense counsel the

14    reasonable time necessary for effective preparation, particularly given that defense counsel

15    requires time to review discovery with the defendant, and file pretrial motions.  The Court finds

16    that the ends of justice served by granting the requested continuance outweigh the best interest of

17    the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

18    IT IS SO ORDERED.

19

20    DATED:  10/9/2008

21                                  MARILYN HALL PATEL

                                  United States District Court

22

23

24

25

26

27

28

                                    UNITED STATES DISTRICT COURT

                                        IT IS SO ORDERED

                                        Judge Marilyn H. Patel

                                        NORTHERN DISTRICT OF CALIFORNIA