JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0231-MHP |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| CHERYL HERNANDEZ CAMUS, | ) | |
|     Defendant. | ) | |

    The parties in the above-titled case appeared before the Court for a status conference on December 1, 2008. For the following reasons and the reasons set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv) from December 1, 2008 to December 10, 2008. Defense attorney needs the time to review discovery with the defendant, and investigate the issues of loss. The parties agree that the ends of justice are served by granting the requested continuance, and the requested continuance outweighs the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: 12/9/08

                                                CHRISTINA HUA
                                              Assistant United States Attorney

1

DATED: 12-9-08

JOHN M. RUNFOLA
Counsel for Cheryl Hernandez Camus

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between December 1, 2008 and December 10, 2008 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, particularly given that defense counsel requires time to review discovery with the defendant, and file pretrial motions. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 12/10/08

MARILYN HALL PATEL
United States District Judge

2