1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  CHERYL CAMUS

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11                                          )
    UNITED STATES OF AMERICA,                )   Criminal No. CR 08-0231 MHP
12                                           )
              Plaintiff,                     )   **STIPULATION AND**
13                                           )   ~~[PROPOSED]~~ **ORDER TO**
         v.                                  )   **CONTINUE MAY 11, 2009**
14                                           )   **SENTENCING AND**
    CHERYL CAMUS                             )   **JUDGMENT AND EXCLUDE**
15                                           )   **TIME**
                                             )
16                                           )
              Defendant.                     )
17  _____)

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
    Christina Hua, and John M. Runfola, counsel for the defendant, Cheryl Camus, in the above
20
    mentioned case, that the sentencing and judgment hearing now scheduled for May 11, 2009
21                                                    9:00
    at 10:00 a.m., is continued to May 18, 2009 at ~~10:00~~ a.m., or as soon thereafter as is
22
    convenient for the Court.
23
         This continuance is sought based upon the fact that counsel for the defense is
24
    attempting to resolve restitution amount issues.  This continuance is also sought by the
25
    defense in order to permit effective preparation of counsel, and consultation with the
26
    defendant.
27
         Counsel for the defense has spoken with the Assistant United States Attorney,
28
    Christina Hua, and she has no objection to the requested continuance.

1       Failure to grant the requested continuance would deny defense counsel reasonable
2   time necessary for effective preparation, taking into account the exercise of due diligence.
3       No party objects to the requested continuance. The defense attorney has spoken with
4   the defendant, and the defendant agrees to the continuance for the reasons set forth in the
5   stipulation.
6       **IT IS SO STIPULATED.**

7   Dated:  05/01/2009                       _____/ s/_____
8                                            CHRISTINA HUA
                                             Counsel for Plaintiff

10  Dated:  05/01/2009                       _____/s/_____
11                                           JOHN M. RUNFOLA
                                             Attorney for CHERYL Camus

13                                      **ORDER**
14      For all the foregoing reasons, IT IS SO ORDERED. The sentencing and judgment
15  hearing will be continued to May 18, 2009. **AT 9:00 A.M.**

17  Dated: 5/5/2009                          _____
18                                           HON. MARILYN H. PATEL
                                             United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

Stipulation and Order                       - 2 -