```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH  (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHERYL HERNANDEZ CAMUS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-0231-MHP <br><br> **STIPULATION AND <br> [PROPOSED] ORDER TO VACATE <br> SENTENCING DATE AND SET <br> STATUS CONFERENCE DATE** |

The parties in the above-titled case are scheduled to appear before the Court for a sentencing hearing on Monday, May 18, 2009 at 9:00 a.m.  The parties now request that the sentencing date be vacated, and that the Court set the matter on calender that same day for a status hearing. Defense counsel believes that he now has a conflict in the matter and needs to withdraw from the case.  Accordingly, the parties wish to vacate the sentencing hearing date of May 18, 2009, and instead, set the matter on the Court's calender on May 18, 2009 for a status hearing.


DATED:                                              _____
                                                    CHRISTINA HUA
                                                    Assistant United States Attorney

DATED: _____
JOHN M. RUNFOLA
Counsel for Cheryl Hernandez Camus

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the sentencing date of May 18, 2009 in the above-titled case shall be vacated. The Court further orders that a status conference in the above-titled case be set for May 18, 2009 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 5/12/2009



MARILYN HALL PATEL
United States District Judge