BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CAMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0231 MHP |
| ) | |
| Plaintiff, ) | STIPULATION & [PROPOSED] ORDER |
| ) | TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | |
| CHERYL HERNANDEZ CAMUS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On December 10, 2008, defendant Cheryl Herndandez Camus entered a guilty plea in the above-captioned case. The Court set the matter for sentencing for March 16, 2009. That sentencing hearing was continued several times and eventually vacated. The Court held a status conference on the matter on May 18, 2009, at which time defense counsel John Runfola withdrew as counsel. Assistant Federal Public Defender Jodi Linker was subsequently appointed to represent Ms. Camus.

At a status conference on June 1, 2009, Ms. Camus appeared with AFPD Linker, and a sentencing hearing was scheduled for Monday, July 13, 2009 at 9:00 am. After reviewing the discovery in this case, and meeting with the government, defense counsel believes that additional time is necessary to adequately prepare for Ms. Camus' sentencing hearing. Additionally, the

parties have consulted with United States Probation Officer Ann Searles who is unavailable during certain dates in August. Given the above considerations, the parties jointly stipulate and request that the sentencing hearing be continued to September 14, 2009 at 9:00 am.

IT IS SO STIPULATED.

June 25, 2009                  /s/
DATED                  CHRISTINA HUA
                 Assistant United States Attorney

June 25, 2009                  /s/
DATED                  JODI LINKER
                 Assistant Federal Public Defender

IT IS SO ORDERED.

June 26, 2009
DATED

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

CR-08-0231 MHP;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING        2