CHAMBER'S COPY

1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5  Facsimile: (415) 436-7706

6  Counsel for Defendant CAMUS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-08-00231 MHP (JL)
                                      )
12 |          Plaintiff,               )
                                      )   STIPULATION AND [PROPOSED]
13 |     v.                            )   ORDER RE: TRAVEL
                                      )
14 | CHERYL CAMUS,                     )
                                      )
15 |                                   )
              Defendant.               )
16 |_____)

17

18     Cheryl Camus, defendant in the above-captioned case, is under pretrial supervision

19 pending her sentencing, now scheduled for September 14, 2009. Through counsel, Ms. Camus

20 petitions this Court for permission to travel to South Carolina from on or about July 29, 2009,

21 through August 8, 2009, to visit members of her family. Neither the government nor the Pretrial

22 Services Office has an objection to this request.

23     Therefore, for good cause shown, the defendant's terms of release are modified as

24 follows:

25 ///

26 ///

Stip. & [Proposed] Order Re: Travel
No. CR-08-00231 MHP (JL)                          1

1  Ms. Camus shall be permitted to travel to South Carolina from on or about July 29
2  through August 8, 2009, after she has first informed her Pretrial Services Officer of the flight
3  information/itinerary for her travel.  During her travel she will stay with her uncle at 530 Laurel
4  Ridge Rd., Charleston, South Carolina, telephone number (843) 767-0811, or with her cousin at
5  1109 Peninsula Cove Dr., Charleston, South Carolina, telephone number (843) 817-9557.  She
6  shall further be required to report by phone to her Pretrial Services Officer every day that she is
7  away, and notify him of her return.
8  IT IS SO STIPULATED.

10  DATED: July 16, 2009                     /s/
                                            TINA HUA
11                                          Assistant United States Attorney

13  DATED: July 16, 2009                     /s/
                                            JODI LINKER
14                                          Assistant Federal Public Defender

17  IT IS SO ORDERED.

19  DATED: July 17, 2009

                                            JAMES LARSON
20                                          United States Magistrate Judge
                                            **Nandor J. Vadas**
21                                          **United States Magistrate Judge**

Stip. & [Proposed] Order Re: Travel
No. CR-08-00231 MHP (JL)                    2