MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHERYL HERNANDEZ CAMUS, <br><br> Defendant. | No. CR 08-0231 MHP <br><br> MOTION TO RELEASE PRESENTENCE REPORT TO UNITED STATES [~~PROPOSED~~] ORDER |

The United States of America, through Assistant United States Attorney Hartley M. K. West, moves this Court for an Order causing the United States Probation Office to release to the United States a copy of the Presentence Report in the above-captioned matter. The United States Attorney's Office intends to use the Presentence Report in an internal training regarding sentencing in white collar cases, and for no other purpose.

DATED: April 20, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Hartley M. K. West/*
HARTLEY M. K. WEST
Assistant United States Attorney

CR 08-0231 MHP
MTN. TO RELEASE PSR;
[PROPOSED] ORDER

1   It is hereby ordered that the United States Probation Office shall release to the United
2   States a copy of the Presentence Report in the above-captioned matter.
3   SO ORDERED.

4
5   DATED: 4/20/11
6                                               _____
                                                HON. MARILYN HALL PATEL
                                                United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CR 08-0231 MHP
MTN. TO RELEASE PSR;
[PROPOSED] ORDER